

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00053-CV

Ebony **HARDMAN**,
Appellants

v.

**DIAMOND RIDGE APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 390,226
Honorable Jason Pulliam, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. It is ORDERED that no costs shall be assessed against appellant, Ebony Hardman, in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED March 12, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice